UNITED STATES BANKRUPTCY COURT
Southern District of Florida

IN RE:  Patricia Shelley                                        Case #14-30388

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice

NAME OF TRANSFEREE:  Nationstar Mortgage LLC d/b/a Champion Mortgage Company

**Name and address where notices to transferee should be sent:**
Champion Mortgage Company
P.O. Box 619093
Dallas, TX 75261

**Phone**:  866-654-0020
**Last four digits of acct**#6220

Name and address where transferee payments should be sent (if different from above)

phone:
last four digits of acct#

**Name of Transferor:** Generation Mortgage Company
**Court claim**# 4
**Amount of Claim: $329,529.13**
**Date claimed Filed:   10/14/2014**
**Last four Digits of Acct# 5809**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_/s/ Monica K. Gilroy, Esq.  Date: 5/30/2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.