CGFD33 (10/01/16)



ORDERED in the Southern District of Florida on April 25, 2018

**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14–30388–JKO
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Patricia A Shelley
1340 NE 28 Ave #129
Pompano Beach, FL 33062

SSN: xxx–xx–4487

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

# # #